FILE NO. 2/0 C0010097

# EVICTION CITATION

## THE STATE OF TEXAS
## IN THE JUSTICE'S COURT OF PRECINCT 2
## JEFFERSON COUNTY

TO: LISA ADAMS
, & ALL OCCUPANTS
3920 HWY 365 #144
PORT ARTHUR, TX 77642-0000                                    DEFENDANT

NOTICE:
You have been sued. You may employ an attorney. If you or your attorney do not file an answer with the above named Court by 02:00 P.M. on your appearance date a default judgment may be taken against you.

**FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU.**

**SUIT TO EVICT**

THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR (1-877-983-9227) IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.
A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SRVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP.SECTION 501 ET SEQ.), OR STATE LAW, INCUDING SECTION 92.017, TEXAS PROPERTY CODE

**DEMANDA DE DESALOJO**

ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE INMEDIATA. PARA ASISTENCIA EN LOCALIZAR A ABOGADO COMUNIQUESE A LA ASOCIACIÓN DE ABOGADOS DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR (1-877-983-9227) EN CASO DE NO PODER PAGAR UN ABOGADO. TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.
(QUILINO) QUE ESTÉ DESEMPEÑANDO SUS EL ARRENDATARIO FUNCIONES EN EL SERVICIO MILITAR PUEDE ...NER DERECHOS ESPECIALES O PROTECCIÓN EN CONEXIÓN CON ESTA DEMANDA CONFORME A LAS LEYES FEDERALES, INCLUIDA LA LEY DE PROTECCIÓN PARA MIEMBROS DE LAS FUERZAS ARMADAS (SECCIÓN 501 Y SIGUIENTES DEL APÉNDICE DEL CAP. 50 DEL CÓDIGO DE LOS ESTADOS UNIDOS) O CONFORME A LAS LEYES ESTATALES, INCLUIDA LA SECCIÓN 92.017 DEL CÓDIGO DE PROPIEDAD DE TEXAS.

You are hereby commanded to appear before me, Marc DeRouen, a justice of the peace in and for Precinct 2 in Jefferson County at my office located at 525 LAKESHORE DRIVE, PORT ARTHUR, TX 77640. 409-983-8325, SEVEN DAYS FROM DATE CITATION SERVED at 02:00 P.M. in this cause number 2/0 C0010097 on the Docket of said Court, then and there to answer the complaint of:

**PLEASE CALL OFFICE FOR A COURT DATE**

PLAINTIFF
THE SHIRE APARTMENTS
PLAINTIFF(S), complaining of
LISA ADAMS
, & ALL OCCUPANTS
DEFENDANT(S) in an action of (AN EVICTION SUIT) of and concerning the following described property and premises to-wit:
3920 HWY 365 #144
PORT ARTHUR, TX 77642-0000

Plaintiff(s) also sues for ($66.87) unpaid rent and damages and costs and for such other relief as he/she may be entitled to.
YOU MAY HAVE THIS CASE HEARD BY A JURY BY MAKING A REQUEST TO THE COURT AND PAYING A JURY FEE OF FIVE DOLLARS ON OR BEFORE FIVE DAYS FROM THE DATE YOU WERE SERVED WITH THIS CITATION.

.tness my official signature at PORT ARTHUR, Texas, this the 24th day of JULY, 2012.

*Marc DeRouen*

Justice of the Peace or Clerk of Court, Precinct 2
Jefferson County, Texas

*********************** RETURN ***********************

Came to hand on the ___ day of JUL 2 4 2012, 20__, at 3:__ o'clock P.M. and executed by me on the ___ day of ___, A.D., 20__, at ___ o'clock __.M. by delivering to the within named Defendant ___ Port Arthur T__

You are hereby commanded to appear before the Justice of the Peace in and for Precinct 2 in Jefferson County at my office located at 525 LAKESHORE DRIVE, PORT ARTHUR, TX 77640. 409-983-8325, SEVEN DAYS FROM DATE CITATION SERVED at 02:00 P.M. in this cause number 2/0 C0010097 on the Docket of said Court, then and there to answer the complaint of:

### PLEASE CALL OFFICE FOR A COURT DATE

PLAINTIFF
THE SHIRE APARTMENTS
PLAINTIFF(S), complaining of
LISA ADAMS
, & ALL OCCUPANTS

DEFENDANT(S) in an action of (AN EVICTION SUIT) of and concerning the following described property and premises to-wit:
    3920 HWY 365 #144
    PORT ARTHUR, TX 77642-0000

Plaintiff(s) also sues for ($66.87) unpaid rent and damages and costs and for such other relief as he/she may be entitled to.
YOU MAY HAVE THIS CASE HEARD BY A JURY BY MAKING A REQUEST TO THE COURT AND PAYING A JURY FEE OF FIVE DOLLARS ON OR BEFORE FIVE DAYS FROM THE DATE YOU WERE SERVED WITH THIS CITATION.

Witness my official signature at PORT ARTHUR, Texas, this the 24th day of JULY, 2012.

_Marc DeRouen_
Justice of the Peace or Clerk of Court, Precinct 2
Jefferson County, Texas

*********************** RETURN ***********************

Came to hand on the ___ day of JUL 24 2012, 20__ at 3:10 o'clock P.M. and executed by me on the ___ day of ___ A.D. 20__ at ___ o'clock __M. by delivering to the within named Defendant _____ a true copy of this citation _____ 3920 Hwy 365 Port Arthur, T__ in Jefferson County, Texas, (or by leaving a copy of the citation with _____ a person over the age of sixteen years, at the within named Defendant's usual place of abode at _____ Jefferson County, Texas.

Leonard Monteforte
Constable Pct 2                    Constable
                                   By Deputy    Fees - Serving: $ 60.00

FED2.DOC

CASE NO. C10097

### IN THE JUSTICE COURT PCT. 2 JEFFERSON COUNTY, TEXAS

The Shire Apartments
PLAINTIFF

VS.

Lisa Adams                                  & ALL OCCUPANTS
DEFENDANT

**SWORN COMPLAINT FOR EVICTION**
( ) with Bond for Possession
( ) with Suit for Rent
(Check above blanks if applicable)

**COMPLAINT.** Plaintiff (Landlord) hereby complains of the defendants named above for forcible detainer of plaintiff's premises (including storerooms and parking areas) located in the above precinct, to wit:

3920 Hwy 365   #144    Pt Arthur   TX    77642
Street Address   Unit No. (If any)   City   State   Zip

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work by alternative service under Rule 742a. If necessary, alternative service is requested under Rule 742a. Defendants home addresses are: _____

Plaintiff knows of no other home or work addresses of defendants in the county where the premises described in paragraph 1 are located.

This is a lawsuit to evict Lisa Adams a tenant who 642 leases the property located at 3920 Hwy 365 #144, Pt Arthur TX this property is within Justice Court, Pct. 2 of Jefferson County.

**UNPAID RENT AS GROUNDS FOR EVICTION.** Plaintiff and defendants entered into a rental agreement for the above described premises for occupancy commencing on the 1st day of December 20 11. Defendants failed to pay the following rental amounts which were demanded by plaintiff and which were due on the following dates:
7/1/12 - Rent $66.87

**HOLDOVER AS GROUNDS FOR EVICTION.** Defendants are unlawfully holding over since they failed to vacate at the end of the rental term or renewal or extension period, which was the _____ day of _____, 20_____.

**OTHER GROUNDS FOR EVICTION.** Plaintiff's other grounds for eviction of defendants are as follows:
_____

Written notice to vacate and demand for possession was give on 7/6/12 in the following manner:
( ) certified mail
(✓) other (explain) letter on door

**BOND FOR POSSESSION.** If plaintiff has filed a "Bond for Possession" under Rule 740, plaintiff requests (1) that the amount of plaintiff's bond and defendants' counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that notice as required by Rule 740 be given to defendants regarding counter bond or early trail.

7/24/12
Date                                    Signature of Plaintiff (landlord or agent)

leases the property located at _____
property is within Justice Court, Precinct of Jefferson

**UNPAID RENT AS GROUNDS FOR EVICTION.** Plaintiff and defendants entered into a rental agreement for the above described premises for occupancy commencing on the 1st day of December 20 11 . Defendants failed to pay the following rental amounts which were demanded by plaintiff and which were due on the following dates:
7/1/12 - Rent $616.87

**HOLDOVER AS GROUNDS FOR EVICTION.** Defendants are unlawfully holding over since they failed to vacate at the end of the rental term or renewal or extension period, which was the _____ day of _____, 20____.

**OTHER GROUNDS FOR EVICTION.** Plaintiff's other grounds for eviction of defendants are as follows:
_____
_____

Written notice to vacate and demand for possession was give on 7/6/12
in the following manner:
( ) certified mail
(✓) other (explain) letter on door

**BOND FOR POSSESSION.** If plaintiff has filed a "Bond for Possession" under Rule 740, plaintiff requests (1) that the amount of plaintiff's bond and defendants' counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that notice as required by Rule 740 be given to defendants regarding counter bond or early trail.

7/24/12
Date

Signature of Plaintiff (landlord or agent)
_____ 365
Address of Plaintiff (landlord or agent)
P Arthur, TX 77642
City, State, Zip Code
409-727-0781
Telephone

SWORN TO AND SUBSCRIBED before me this the 24 day of July, 20 12
Linda Martin
Notary Public for the State of Texas
My Commission Expires on _____



**COMMISSIONERS**
RONNIE LINDEN, CHAIRMAN
FARHANA SWATI
BART BRAGG
CLONIE AMBROISE
BRENDA ROY

**EXECUTIVE DIRECTOR**
CELE QUESADA

August 30, 2012

THE SHIRE APARTMENTS LTD
4020 HWY 365
PORT ARTHUR, TX 77642

Re: LISA ADAMS

Dear Owner/Manager:

You were previously sent notice that your tenant, **LISA ADAMS**, residing at 3920 HWY 365 Apt. 144, PORT ARTHUR, TX was to be cancelled from the Housing Choice Voucher Program effective ___8/31/12___.

This letter is to inform you that The Port Arthur Housing Authoity has rescinded the cancellation of your tenant, and any payments due to you will be processed accordingly.

If you have any questions concerning this matter, please feel free to call me at the number listed below.

Sincerely,

Berlinsia Gallentine
Housing Counselor
(409)984-2631
berlinsia.gallentine@pahousing.org

cc: Tenant
    Tenant File

Jeremy Van Huis
P.O. Box 33
Nederland TX 77627
(409) 365-5858
(409) 225-8463 (Lisa)
EMail: jeremy_van_huis@mail.com

To: Rita Everett
U.S. Dept. of HUD
Fort Worth Regional OFFICE, Region VI
Office of Fair Housing & Equal Opportunity
801 N. Cherry, #45, Ste. 2500 r,
Ft. Worth Texas 76102

VIA Fax: 817-978-5876

RE: Inquiry # 341032 Representative

Ms. Evertt,

I hearby give permission and consent for you to speak to Lisa Adams and for her to represent me for perpoes of this investigation.

Sincerely,
Jeremy Van Huis
May 31 2012

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for
HEB Beaumont T C
(409)832-9551
Jun 15 2012 5:04pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 15 | 5:03pm | Sent | 15124632643 | 0:29 | 1 | OK |

Result:
OK - black and white fax



  

The Shire Apartments

4020 Hwy 365
Port Arthur, Texas 77642

Phone: 409-727-0781
Fax: 409-721-5493

**First Class and Certified Mail**

September 1, 2012

LISA ADAMS
3920 Highway 365
3920-144
Port Arthur, TX  77642

Dear LISA ADAMS,

In accordance with the terms of your lease, we are providing you with a Sixty (90) days notice that your lease will not be renewed after its expiration on **November 30, 2012.**

It will be necessary for you to notify the office to arrange for a move out inspection to be performed when you have vacated the apartment.

If you have any questions regarding this matter, please contact this office.

Sincerely,

Michelle Sanders
Prodigem



Prodigem, LLC does not discriminate on the basis of disability status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.

For those individuals that need TTY assistance:
Dial 711



*Proudly Managed by ProdiGem, LLC*