Lisa Adams
P.O. Box 33
Nederland, TX. 77627



**PRIORITY® MAIL**
UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107R, January 2008



1005    77701

U.S. POSTAGE
PAID
NEDERLAND,TX
77627
JUL 24, 14
AMOUNT
$8.70
00016321-04





2304 3090 0000 1340 6531

United States District Court
David Maland-Clerk of the Court
Jack Brooks Federal Building and
United States Courthouse
300 Willow Street, Ste. 104
Beaumont, Texas 77701