UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 25 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

Lisa Adams
(Plaintiff)

vs

The Shire Apartments, LTD & GP, LLC
Prodigem, LLC
Tina Tullock-Coker
(Defendant)
Tiffany Kidwell, Michelle Sanders,
Cherise Braquet

Case No. 1:14cv390

## MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Lisa Adams, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff Lisa Adams
Address P.O. Box 33
Nederland, TX. 77627
La0572@Mail.com
Phone (409) 225-8463

Date 7/24/14

SSI Disability

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed?  YES _____  NO ✓

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $_____ per month

   Employer _____

   _____

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $_____ per month

   Employer _____

   _____

2. Is your spouse presently employed?  YES _____  NO ✓  N/A

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $_____ per month

   Employer _____

   _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment?  YES _____ NO ✓

   (b) Rent payment, interest or dividends?  YES _____ NO ✓

   (c) Pensions, annuities, or life insurance payment?  YES _____ NO ✓

   (d) Gifts or inheritances?  YES _____ NO ✓

   (e) Any other sources?  YES _____ NO ✓

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   _____

   _____

   _____

4. How much cash do you ~~and your spouse~~ have? $ 65.00 .

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   _____

   _____

   _____

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address _Rent an apt. at 3920 Hwy. 365 #144, Pt. Arthur_

   Value of Home _N/A_

   Motor Vehicle #1 Make, Year, Model _99 Isuzu Rodeo_

   Value of Motor Vehicle #1 _$1,000_

3

Motor Vehicle #2 Make, Year, Model _____

Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____ NO ✓

If the answer is "YES", describe the property and state its approximate value.

_____

_____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____N/A_____

_____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____ NO ✓

If yes, describe below or on an attached sheet.

_____

_____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment  $525 rent / $149.00 actual rent

Utilities (electricity, heating fuel, water, sewer, and phone) $56.00

Home maintenance (repairs and upkeep) _____

Food ~~$200~~ d.a. $75 Food Stamps  $150.00

4

Clothing __40⁰⁰__

Laundry and dry-cleaning __20⁰⁰__

Medical and dental expenses __40⁰⁰__ _l.a._

Transportation (not including motor vehicle payments) ~~800~~ __80⁰⁰__

Recreation, entertainment, newspapers, magazines, etc. _____

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _____

    Health insurance _____

    Motor vehicle insurance __$104⁰⁰__

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle __None__

    Credit card _____

    Department store credit card _____

    Other installment payments _____

Alimony, maintenance and support paid to others _____

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) _____

Other expenses _____

11. content

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

*I receive $720⁰⁰ Supplemental Security Income per month due to disability. That is my only income.*

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

*Lisa Adams*
_____
Signature of Applicant

*State of Texas*
*County of Jefferson*

*This instrument was acknowledged before me on July 24, 2014 by Lisa Faye Adams.*

*Gay Ferguson*
*Notary*



GAY FERGUSON
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
12-10-2014

6