NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

**Cause Number** Civil Action 1:14CV390

*(Complete the heading so that it looks exactly like the Petition)*

**FILED**
U.S. EASTERN DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC -4 2014
BY DAVID J MALAND, CLERK
DEPUTY

Lisa Adams
**Plaintiff** (Print Full Name)

In the *(check one)*: United States Eastern
**Court Number**
☑ District Court
☐ County Court at Law
☐ Justice Court (JP)

vs The Shire Apartments Ltd et al
**Defendant** (Print Full Name)

_____ County, Texas

## Defendant's Answer

My name is **Cherese L. Braquet**. I am the Defendant in this Case.
*(PRINT your full name.)*

I enter a general denial. I request notice of all hearings in this case.

The last three numbers of my driver's license number are **7** **1** **7**. My driver's license was issued in *(State)* **Texas**.

Or ☐ I do not have a driver's license number.

The last three numbers of my social security number are **8** **6** **1**.

Or ☐ I do not have a social security number.

I understand that I *must* let the Court, the Plaintiff's lawyer (or the Plaintiff if the Plaintiff does not have a lawyer), and any other party or attorney of record in this case know in writing if my mailing address or email address changes during this case. If I don't, any notices about this case will be sent to me at the mailing address or email address on this form.

I pray that Plaintiff take nothing by this suit, for costs of court, and for such other and further relief, at law or in equity, to which I may be justly entitled.

Respectfully submitted,

**Cherese L. Braquet**     (409) 548-1637
Defendant's Name (print)     Phone number

→ *Cherese L Braquet*     12/4/14
Defendant's Signature     Date

Defendant's Mailing Address: 2311 Little John Lane
Groves     TX     77619
city     state     zip

Defendant's Email Address:
Defendant's Fax # (if available): Braquet.Cherese@yahoo.com

## Certificate of Service

I will give a copy of this document to the Plaintiff's attorney or the Plaintiff (if the Plaintiff does not have an attorney) on the same day this document is filed with (turned in to) the Court as follows:

*If I file this document electronically*, I will send a copy of it to the Plaintiff or the Plaintiff's attorney through the electronic file manager if possible. If not possible, I will give a copy to the Plaintiff or the Plaintiff's attorney in person, by mail, by commercial delivery service, by fax, or by email.

*If I file a paper copy of this document*, I will give a copy of it to the Plaintiff or the Plaintiff's attorney in person, by mail, by commercial delivery service, by fax, or by email.

→ _Chuwick R. Braquet_  _12/4/14_
Defendant's Signature                          Date