**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **LISA ADAMS** | § | CIVIL ACTION |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | NO. 1:14-CV-390 |
| | § | |
| **THE SHIRE APARTMENTS LTD,** | § | |
| **ET AL** | § | |
| | § | |
| DEFENDANTS | § | |

## ORDER GRANTING DEFENDANT, TIFFANY KIDWELL'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

After considering Tiffany Kidwell's Motion to Dismiss or, in the alternative, For More Definite Statement and for good cause shown, the Court is of the opinion that the Defendant's Motion to Dismiss or in the alternative, For More Definite Statement is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that:

Plaintiff, Lisa Adams' claims against Tiffany Kidwell in the above-captioned action are dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

Plaintiff, Lisa Adams allegations against Tiffany Kidwell of violations of the following: Treasury Regulations § 1.42-5(c)(1)(xi); Texas Administrative Code § 1715z-1b; Land Use Restriction Agreement; the HUD Housing Assistance Payment Contract Part C; Texas Property Code; and the lease pursuant to Fed. R. Civ. P. 12(b)(1).

Under Fed. R. Civ. P. 12(e), Lisa Adams has ____ days from the date of this ORDER to file and serve an Amended Complaint to provide more definite statement of the allegations presented in her claims against Tiffany Kidwell.